# Court of Appeals
# of the State of Georgia

ATLANTA,___March 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1124.  OSWALDO RAMIREZ v. SARA GERSEN.**

Sara Gersen obtained a family violence protective order against Oswaldo Ramirez, after which Ramirez filed this direct appeal.  We lack jurisdiction.

In *Schmidt v. Schmidt*, 270 Ga. 461, 461-462 (1) (510 SE2d 810) (1999), the Supreme Court determined that actions arising under the Family Violence Act, OCGA § 19-13-1 et seq., constitute domestic relations cases within the meaning of OCGA § 5-6-35 (a) (2).  Accordingly, appeals in family violence actions must be made by application for discretionary appeal. See *Schmidt*, supra.  Because Ramirez failed to follow the proper appellate procedure, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___03/03/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*